IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19MJ462 |
| ) | |
| RUDY A. MERCADO, ) | |
| ) | Court Date: November 4, 2019 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

COUNT I (Misdemeanor 7869640)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 1, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RUDY A. MERCADO, did unlawfully, knowingly, and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance. (In violation of Title 21, United States Code, Section 844(a).)

COUNT II (Petty 7869639)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 1, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RUDY A. MERCADO, did go upon a military reservation, post, or installation, for any purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Rudy A. Mercado
2500 N. Shelley Street
Alexandria, Virginia 22311

By: *[signature]*
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov